**GUILFORD CO. DEPT. OF EMERGENCY SERV. v. SEABOARD CHEM. CORP.**

[111 N.C. App. 925 (1993)]

GUILFORD COUNTY DEPARTMENT OF EMERGENCY SERVICES, GUILFORD COUNTY PLANNING AND DEVELOPMENT DEPARTMENT, GUILFORD COUNTY DEPARTMENT OF HEALTH AND GUILFORD COUNTY v. SEABOARD CHEMICAL CORPORATION AND SCC OF GUILFORD, INC.

No. 9318SC419

(Filed 23 September 1993)

ORDER

On 2 August 1993, this Court entered an order allowing a motion to amend the record on appeal in the case whose caption appears above. However, the motion was erroneously filed by defendants-appellants under the docket number 9318SC484. The order entered by this Court allowing the motion was likewise filed under the erroneous docket number. The order is hereby rescinded, and upon reconsideration of the motion, this Court enters the following order:

On 30 July 1993, defendants-appellants filed a motion to amend the record on appeal to include the certificate of service of the notice of appeal. The defendants-appellants' motion is dismissed. Pursuant to a decision made by this Court in conference, the appeal taken in this case shall be treated as a petition for writ of certiorari which shall be ruled upon by the panel assigned to hear the case.

This the 23rd day of September, 1993.

s/ JOHN H. CONNELL
Clerk of the Court of Appeals